UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PAMELA BLACKMORE JENKINS-GAYLORD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TOWN OF PLYMOUTH, NORTH CAROLINA and COUNTY OF WASHINGTON,<br><br>　　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:25-CV-24-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion to proceed in forma pauperis [D.E. 2], OVERRULES plaintiff's objections to the M&R [D.E. 8], ADOPTS the conclusions in the M&R [D.E. 7], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1]. The clerk SHALL close the case.

This Judgment filed and entered on July 1, 2025, and copies to:
Pamela Blackmore Jenkins-Gaylord (via US Mail to 91 Lois Lane, Plymouth, NC 27962)

July 1, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk